**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-2258**

—————————

ANN R. RUPLI,

        Plaintiff - Appellant,

    v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED,

        Defendant - Appellee.

—————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:11-cv-00287-RWT)

—————————

Submitted:  January 24, 2013      Decided:  February 8, 2013

—————————

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Gerard Paul Uehlinger, Towson, Maryland, for Appellant.  John E. Lucian, Jonathan Scott Goldman, Philadelphia, Pennsylvania, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ann R. Rupli appeals the district court's order dismissing her action asserting quiet title and fraud claims against Mortgage Electronic Registration Systems, Inc. ("MERS"), which MERS had removed to federal court on diversity grounds. Having thoroughly reviewed the record, the parties' contentions, and the applicable law, we find no reversible error in the dismissal of Rupli's action. In particular, we conclude, first, that Anderson v. Burson, 35 A.3d 452 (Md. 2011), supports the outcome reached by the district court on Rupli's quiet title claim, and second, that the district court correctly found that Rupli failed to supply the requisite specificity to permit her fraud claim against MERS to proceed.

Accordingly, we affirm the judgment of the district court. Because the facts and legal contentions are adequately presented in the materials before the court, we grant Rupli's motion to submit the appeal for decision on the briefs. We further deny as moot her earlier filed motion to continue oral argument.

AFFIRMED